| | | |
|---|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney | |
| 2 | ROGER YANG<br>Assistant United States Attorney |  FILED |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 | APR 1 2 2018 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY |
| 5 | | DEPUTY CLERK |
| 6 | Attorneys for Plaintiff<br>United States of America | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION<br>OF THE UNITED STATES OF AMERICA<br>FOR SEARCH WARRANTS CONCERNING: | | |
| 2725 52nd Avenue, Sacramento | | 2:17-SW-0649 CKD |
| 3433 La Cadena Way, Sacramento | | 2:17-SW-0650 CKD |
| 4849 Ammolite Way, Elk Grove | | 2:17-SW-0651 CKD |
| 8114 Suarez Way, Elk Grove | | 2:17-SW-0652 CKD |
| 8967 Sonoma Valley Way, Sacramento | | 2:17-SW-0653 CKD |
| 8638 Bradshaw Road, Elk Grove | | 2:17-SW-0654 CKD |
| 10315 Baseline Road, Elverta | | 2:17-SW-0655 CKD |
| 7810 Elsie Avenue, Sacramento | | 2:17-SW-0656 CKD |
| 2003 Honda Odyssey, Lic. # 7RAJ323 | | 2:17-SW-0657 CKD |
| 2008 Infiniti, Lic. # 7RAJ324 | | 2:17-SW-0658 CKD |
| 2013 Honda Odyssey, Lic. # 7WZA583 | | 2:17-SW-0659 CKD |
| 2860 Central Avenue, Roseville | | 2:17-SW-0660 CKD |
| JPM Chase Safe Deposit Box | | 2:17-SW-0661 CKD |

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/12/2018

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS